# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| AARON PACHECO, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| V. | § | C.A. NO. 4:11-cv-3258 |
| | § | |
| AMSHER COLLECTION SERVICES, INC., | § | |
| | § | |
| *Defendant.* | § | |

## PLAINTIFF'S ANNOUNCEMENT OF SETTLEMENT

TO THE HONORABLE KEITH P. ELLISON, U.S. DISTRICT JUDGE:

COMES NOW, AARON PACHECO, Plaintiff in the above-styled case, and makes this his Plaintiff's Announcement of Settlement as follows:

1. Today the parties settled the damages claims of the Plaintiff, leaving only the question of an award of attorney's fees and expenses to resolution by the Court upon application by Plaintiff and objection by Defendant.

2. The parties' settlement makes the Plaintiff's Motion for Partial Summary Judgment moot and the Plaintiff hereby withdraws the motion.

Respectfully submitted,

**WAUSON ♦ PROBUS**

By: \_\_\_\_/s/ Matthew B. Probus\_\_\_\_
     Matthew B. Probus
     State Bar No. 16341200
     Fed. I.D. No. 10915

Comerica Bank Building
One Sugar Creek Center Blvd., Suite 880
Sugar Land, Texas 77478
(281) 242-0303 (Telephone)
(281) 242-0306 (Facsimile)

*ATTORNEYS FOR PLAINTIFF,*
*AARON PACHECO*

## CERTIFICATE OF SERVICE

    I hereby certify that on this the 20th day of August, 2012, a true and correct copy of the foregoing was forwarded to counsel for the Defendant Keith Wier via the ECF/PACER system.

     \_\_\_\_\_/s/ Matthew B. Probus_____
     Matthew B. Probus