UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AARON PACHECO, | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:11-CV-3258 |
| | § | |
| AMSHER COLLECTION SERVICES, INC., | § | |
| | § | |
| **Defendant.** | § | |
| | § | |

## CONDITIONAL ORDER OF DISMISSAL

The Court has been informed that all claims pending in this lawsuit have been settled. The case is therefore **DISMISSED WITHOUT PREJUDICE** to reinstatement of the claims if any party represents to the Court, within 60 days of this Order, that the settlement could not be completely documented. The claims will be **DISMISSED WITH PREJUDICE** 60 days after the entry of this Order unless any party moves for reinstatement or an extension of the conditional dismissal period before that date.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 21st day of August, 2012.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE